IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
ex rel. Betty Anne            )
Pompilius,                    )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )       2:11cv1055-MHT
                              )           (WO)
HOSPICE ADVANTAGE, INC.,      )
and RON HILDEBRANDT,          )
                              )
    Defendants.               )
```

JUDGMENT

Pursuant to relator Betty Anne Pompiluis's notice of voluntary dismissal without prejudice (Doc. No. 20) and the United States of America's notice of consent (doc. no. 21), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 19th day of February, 2014.**

　　　　　　　　　　　　　　**  /s/ Myron H. Thompson  **
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**